IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD BENTON GLASS, (Tarrant # 0462470), | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-156-O |
| JOHN PETER SMITH HOSPITAL, et al. | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the Opinion and Order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* FED. R. CIV. P. 41(b).

**SIGNED** this **20th day** of **April, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE